# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America § 
§ **CRIMINAL COMPLAINT**
vs. § CASE NUMBER: DR:25-M -05215(1)
§
(1) Juan Carlos ABELARDO-Solis §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 18, 2025 in Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Juan Carlos ABELARDO-Solis, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Del Rio, Tx, Intl Bridge on 10/10/2025, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title  **8**  United States Code, Section(s)  **1326(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent, KAUTENBERGER, SHANE** and that this complaint is based on the following facts: *"The defendant, Juan Carlos ABELARDO-Solis, was arrested by Border Patrol Agents, on November 18, 2025 for being an alien illegally present in the United States.*
**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ KAUTENBERGER, SHANE
Signature of Complainant
KAUTENBERGER, SHANE
Border Patrol Agent

11/21/2025                                                                     at    DEL RIO, Texas
File Date                                                                              City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE                              Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.    Case Number: DR:25-M -05215(1)

(1) Juan Carlos ABELARDO-Solis

**Continuation of Statement of Facts:**

Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 10/10/2025 through Del Rio, Tx, Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

_____
Signature of Judicial Officer

/s/ KAUTENBERGER, SHANE
Signature of Complainant